UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KESHA L. BARRON,<br><br>  Plaintiff,<br><br>v.<br><br>CLAY COOLEY AUTO GROUP and<br>CIARA FINANCIAL SERVICES, INC.,<br><br>  Defendants. | Case No. 3:18-cv-02226-L |

## JOINT STATUS REPORT ON SETTLEMENT

The parties submit the following Joint Status Report on Settlement:

**1. Settlement**

  **A. Settlement Discussions:** Plaintiff has discussed settlement with Defendants, Clay Cooley Auto Group and Ciara Financial Services, Inc., but have yet to reach a resolution. Further, the parties have attempted to discuss the nature and amount of damages being claimed by the Plaintiff in this matter. Defendants have requested a demand from Plaintiff. Plaintiff will issue a written settlement demand to Defendant within 14 days.

Dated: January 28, 2019

| PLAINTIFF | DEFENDANTS |
|---|---|
| By:/s/ *Alexander J. Taylor*<br>Alexander J. Taylor<br>SULAIMAN LAW GROUP, LTD.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8181<br>ataylor@sulaimanlaw.com<br>*Attorney for Plaintiff* | By: */s/ Jerry L. Ewing*<br>Jerry L. Ewing<br>Meadow Park Tower, Suite 1500<br>10440 N. Central Expressway<br>Dallas, Texas 72531<br>Telephone: (214) 749-4805<br>ewingvfax@wbclawfirm.com<br>*Attorney for Defendants* |

1