IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KESHA L. BARRON** | § | |
| | § | |
| v. | § | CAUSE NO. 3:18-CV-02226 |
| | § | |
| **CLAY COOLEY AUTO GROUP AND** | § | |
| **CIARA FINANCIAL SERVICES, INC.** | § | |

_____

### JOINT MOTION TO DISMISS WITH PREJUDICE
_____

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff KESHA L. BARRON ("Plaintiff") and Defendants CLAY COOLEY AUTO GROUP AND CIARA FINANCIAL SERVICES, INC. ("Defendants") and file this, their Joint Motion to Dismiss with Prejudice and would respectfully show the Court the following:

Plaintiff and these Defendants have reached a settlement as to all claims and matters involved in this lawsuit among these parties. Accordingly, Plaintiff and these Defendants jointly move the Court to dismiss all claims Plaintiff has asserted or could have asserted against all Defendants with prejudice to the refiling of the same, with Court costs to be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Kesha L. Barron and Defendants Clay Cooley Auto Group and Ciara Financial Services, Inc. request an Order of Dismissal with Prejudice from the Court dismissing all claims against Defendants with prejudice and taxing costs to the party incurring same.

Respectfully submitted,

*/s/ Alexander J. Taylor*
ALEXANDER J. TAYLOR - 6327679
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 - Facsimile
ataylor@sulaimanlaw.com

&

    */s/ Jason M. Katz*
JASON M. KATZ – 24038990
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, suite 700
Addison, Texas 75001
(972) 701-7000
(972) 701-8765 – Facsimile
jkatz@hhdulaw.com
**Counsel for Plaintiff**


    */s/ Jerry L. Ewing*
JERRY L. EWING – 06755470
JONATHAN L. DAVENPORT - 24012502
Walters, Balido & Crain, LLP
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
(214) 749-4805
(214) 760-1670 - Facsimile
ewingvfax@wbclawfirm.com
**Counsel for Defendants**