IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KESHA L. BARRON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:18-CV-2226-L** |
| § | |
| CLAY COOLEY AUTO GROUP and § | |
| CIARA FINANCIAL SERVICES, INC., § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is the parties' Joint Motion to Dismiss With Prejudice (Doc. 25), filed August 23, 2019. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action and all claims of Plaintiff Kesha L. Barron against Defendants Clay Cooley Auto Group and Ciara Financial Services, Inc. are **dismissed with prejudice.** The parties shall bear their own costs, and all relief not expressly granted herein is denied.

**It is so ordered** this 27th day of August, 2019.

Sam A. Lindsay
United States District Judge

Order – Solo Page